UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARRIE BIGGIO, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 15-6034** |
| | * | |
| **H2O HAIR, INC., ET AL.** | | **SECTION "B" (2)** |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**H2O'S MOTION TO HOLD PLAINTIFFS IN CONTEMPT AND IMPOSE SANCTIONS PURSUANT TO FED. R. CIV. PROC. 37(b)(2)(A) FOR THEIR DELIBERATE REFUSAL TO COMPLY WITH THE COURT'S ORDER TO ANSWER INTERROGATORY NO. 8 AND FOR AN AWARD OF REASONABLE EXPENSES, INCLUDING ATTORNEY FEES, AGAINST PLAINTIFFS AND THE ATTORNEY ADVISING THEM, KENNETH C. BORDES, PURSUANT TO FED. R. CIV. PROC. 37(b)(2)(C)**

Defendants, H2O Hair, Inc., Michael John Gaspard and Holli M. Gaspard (collectively "H2O"), request that court find each and all of the Plaintiffs, Carrie Biggio, Chelsea Luminais, Ashley Brown, Kaitlyn Dubroca, Kayla Alvarez, Amanda Henderson, Alison Kennedy, Jeanette Kent, Diane Macera, Heather Pham, Erin Smith Hawkins, Loan Tran and Amanda Whittington (collectively "Plaintiffs") to be in contempt of court, and impose appropriate sanctions against each them pursuant to Fed. R. Civ. Proc. 37(b)(2)(A) – as more particularly set forth in the accompanying supporting memorandum – individually for their respective deliberate failures to comply with this court's following order signed and entered on April 26, 2017:

> IT IS ORDERED that all plaintiffs to whom the interrogatory was directed must provide full and complete answers to this interrogatory, without objection and

verified under oath as required by Fed. R. Civ. P. 33(b)(1)(A), (3) and (5), no later than May 23, 2017.

Three of the Plaintiffs - Kayla Alvarez, Ashley Brown, and Alison Kennedy – provided no answer whatsoever to Interrogatory No. 8. Each of the other Plaintiffs supplied an answer to Interrogatory No. 8 that knowingly defied the court's order as follows: a) the answer raised objections; b) the answer was not verified under oath; and c) the answer was not full and complete.

Additionally, H2O moves pursuant to Fed. R. Civ. Proc. 37(b)(C) that the court order the Plaintiffs and their attorney advising them, Kenneth C. Bordes, to pay H2O's reasonable expenses, including attorney fees, caused by the failure to comply with the court's order.

Respectfully Submitted,

**GOLDEN & FONTE, APLC**

*Kenneth C. Fonte*

_____
KENNETH C. FONTE #5649
One Galleria Boulevard, Suite 1822
Metairie, LA  70001
Tel:  (504) 849-2600 Fax: (504) 849-2615
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion to compel has been served upon counsel of record for all parties to this proceeding, by the court's CM/ECF system when filed with the court on May 30, 2017.

*Kenneth C. Fonte*

KENNETH C. FONTE