**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CARRIE BIGGIO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-6034** |
| **H2O HAIR INC., ET AL.** | **SECTION "B"(2)** |

**ORDER OF DISMISSAL**

After two full days of trial, all of the parties to this action firmly agreed upon a global and collective compromise. The terms of the agreement were recited on the record by parties counsel, understood and accepted by all parties, and approved by the Court as a reasonable compromise under the Fair Labor Standards Act (29 U.S.C. §§ 201-19), Louisiana Wage Payment Act (LA. REV. STAT. ANN. §§ 631-35), and all other state and federal laws for all parties. The parties agreed to execute perfunctory written releases and agreements. Accordingly,

**IT IS ORDERED** that the parties file, under seal, a signed, written agreement encompassing the terms stated in Court within **thirty (30) days** from the date of this Order;

**IT IS FURTHER ORDERED** that each side shall pay **five hundred dollars ($500)** in jury costs to the Clerk of Court within **thirty (30) days** from the date of this Order;

**IT IS FURTHER ORDERED** that the action be and is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not timely consummated. The Court

retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties, for a reasonable period of time. FED. R. CIV. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hosp. House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 13th day of July, 2017.

SENIOR UNITED STATES DISTRICT JUDGE