**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CARRIE BIGGIO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-6034** |
| **H2O HAIR INC., ET AL.** | **SECTION "B"(2)** |

**ORDER**

Considering Plaintiffs' "Motion to File Pleading and Exhibits under Seal" (Rec. Doc. 229),

**IT IS ORDERED** that the motion is **DISMISSED AS MOOT.** The Court was informed that the parties settled their underlying dispute. Consequently, the pending motion is moot.

New Orleans, Louisiana, this 5th day of September, 2017.

SENIOR UNITED STATES DISTRICT JUDGE